**FILED**
2022 Feb-25 PM 02:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Callie C.T. Walter | 2:22-cv-65-MHH |
| DEFENDANT | TYPE OF PROCESS |
| AGC Automotive | Summons/Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AGC Automotive
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
101 Total Solutions Way, Alabaster, AL 35007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Callie C.T. Walter
208 Cambridge Park Drive
Montevallo, AL 35115

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 205-809-2727
DATE: 2/11/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1/1
District of Origin No. 01
District to Serve No. 01
Signature of Authorized USMS Deputy or Clerk
Date: 2/11/2022

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 02/22/2022
Time: 3:35 ☒ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy
31.80
31380

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS   1 AuSM, 1 Hour, 52 miles

FEB 11 2022 @11:39
RECEIVED USMS NDAL